# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC.,<br><br>Defendant. | CASE NO. 15-cv-02342-DMS-DHB<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL**<br><br>**Dst. Ct. Judge:** Hon. Dana M. Sabraw<br>**Mag. Judge:** Hon. David. H. Bartick<br>**Complaint Filed:** October 16, 2015<br>**Trial Date:** September 18, 2017 |

This Court has reviewed the Parties' Joint Motion for Dismissal filed at docket entry 72 and hereby GRANTS the Motion made pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), granting dismissal of Plaintiff Eric Davis' claims *with prejudice* and the claims of the putative class *without prejudice*.

Dated: May 22, 2017

_____
Hon. Dana M. Sabraw
United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL